Rodrigo ANCHETA, Plaintiff–
Appellant,

v.

John E. POTTER, Postmaster Gener-
al;* United States Postal Service
Defendants–Appellees.

No. 01–15378.

D.C. No. CV–97–1199–FCD(PAN).

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2001.**

Decided Dec. 28, 2001.

Before SCHROEDER, Chief Judge,
TROTT, and PAEZ, Circuit Judges.

MEMORANDUM ***

Rodrigo Ancheta appeals the district
court's summary judgment in favor of the
United States Postal Service in Ancheta's
action alleging discrimination, harassment,
and retaliation on the basis of race and
national origin in violation of Title VII of
the Civil Rights Act of 1964, and on the
basis of disability in violation of Section
501 of the Rehabilitation Act of 1973. We
have jurisdiction pursuant to 28 U.S.C.
§ 1291, and we affirm.

We review for an abuse of discretion the
district court's denial of a request for a

continuance under Federal Rule of Civil
Procedure 56(f). *Nidds v. Schindler Ele-
vator Corp.*, 113 F.3d 912, 920 (9th Cir.
1996). The district court did not abuse its
discretion by denying Ancheta's request
for additional time to conduct discovery
regarding racial animus, because Ancheta
failed to "proffer sufficient facts to show
that the evidence sought exists, and that it
would prevent summary judgment." *See
id.* at 921 (citation omitted). Moreover,
the district court had previously extended
the discovery deadline six times and con-
tinued the summary judgment hearing
twice. *See id.*

We review de novo the district court's
entry of summary judgment. *De Grassi v.
City of Glendora*, 207 F.3d 636, 641 (9th
Cir.2000). Because Ancheta failed to raise
a genuine issue of material fact as to
whether the Postal Service's legitimate
reasons for its conduct were pretextual,
the district court properly granted sum-
mary judgment to the Postal Service on
Ancheta's Title VII claims. *See Wallis v.
J.R. Simplot Co.*, 26 F.3d 885, 890–91 (9th
Cir.1994).

The district court did not err in dismiss-
ing Ancheta's disability discrimination
claims because Ancheta failed to exhaust
his administrative remedies. *See Ong v.
Cleland*, 642 F.2d 316, 320 (9th Cir.1981).

**AFFIRMED.**

---

* John E. Potter, Postmaster General, is substi-
tuted for his predecessor in office pursuant to
Fed. R.App. P. 43(c)(2).

** The panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as may be provid-
ed by 9th Cir. R. 36–3.